■ In the Matter of GENESIS R. and Another, Children Alleged to be Neglected. MARCELINO C., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [42 NYS3d 810]—

Order, Family Court, New York County (Susan K. Knipps, J.), entered on or about June 1, 2015, which determined, after a hearing, that respondent father neglected the subject children, unanimously affirmed, without costs.

A preponderance of the evidence demonstrates that respondent posed an imminent danger to the children's emotional well-being (*see* Family Ct Act § 1012 [f]; *Nicholson v Scoppetta*, 3 NY3d 357, 368 [2004]). On numerous occasions, he acted aggressively and angrily toward agency personnel, causing the older child to cry in distress (*see e.g. Matter of Madison M.*

*[Nathan M.]*, 123 AD3d 616, 617 [1st Dept 2014]; *Matter of Nia J. [Janet Jordan P.]*, 107 AD3d 566 [1st Dept 2013]). He also was disruptive and verbally violent toward personnel at the hospital where he was visiting the newborn younger child, resulting in his being escorted out of the hospital and barred from visiting the child. There is evidence that he physically abused the children's mother.

Moreover, the neglect finding would be warranted by either of two single incidents alone that demonstrate that respondent's judgment was strongly impaired and the older child was exposed to a risk of substantial harm (*see Matter of Allyerra E. [Alando E.]*, 132 AD3d 472, 472 [1st Dept 2015], *lv denied* 26 NY3d 913 [2015]). On one occasion, respondent screamed at the children's mother, grabbed her phone, and pushed her into an elevator in the presence of the agency case worker and the older child. On the other, during one of his unsupervised visits with the older child, he allowed the mother, who is permitted only agency-supervised visits with the children, to have access to the child.

The foregoing evidence of respondent's impaired level of parental judgment warrants a derivative finding of neglect with respect to the younger child (*see Matter of Joshua R.*, 47 AD3d 465 [1st Dept 2008], *lv denied* 11 NY3d 703 [2008]). Concur—Mazzarelli, J.P., Sweeny, Richter, Manzanet-Daniels and Feinman, JJ.